UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEHICLE TRACKING SOLUTIONS, LLC, | |
| Plaintiff and Counterclaim Defendant, | 22-cv-00777 (JS) (AYS) |
| v. | **RULE 7.1 DISCLOSURE STATEMENT** |
| ROCK GATE CAPITAL, LLC d/b/a 160 DRIVING ACADEMY, | |
| Defendant and Counterclaim Plaintiff. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, corporate Defendant Rock Gate Capital, LLC hereby states that it does not have any parent corporations and that there are no publicly held corporations that own 10% or more of its stock.

Dated: April 4, 2022
      New York, New York

Respectfully submitted,

**GOODSTADT LAW GROUP, PLLC**

_____
Andrew Goodstadt
George Vallas
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 307-1880
Fax: (516) 307-1879
agoodstadt@goodstadtlaw.com
gvallas@goodstadtlaw.com

*Attorneys for Defendant and Counterclaim Plaintiff*